FILED
December 26, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JOHN PHILLIP HOLLIS, II, )<br>)<br>Defendant. ) | Case No. 2:19-MJ-00229-DB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JOHN PHILLIP HOLLIS, II</u>, Case No. <u>2:19-MJ-00229-DB</u>, Charge <u>21 USC § 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ <u>50,000 (co-signed)</u>

        ✔ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other) <u>With Pretrial Release Supervision and Conditions of Release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>December 26, 2019</u> at <u>2:10</u> <u>pm</u>..

                              By  /s/ Deborah Barnes
                                    Deborah Barnes
                                    United States Magistrate Judge